May Term, 1847.

ARMENTROUT
v.
MORANDA.

---

ARMENTROUT *v.* MORANDA.

A publication to be a libel must tend to injure the plaintiff's reputation, and expose him to public hatred, contempt, or ridicule.

Thursday,
July 1.

ERROR to the *Marion* Circuit Court.

BLACKFORD, J.—This was an action for a libel. General demurrer to the declaration, and judgment for the defendant. The alleged libel, as shown by the declaration, is as follows:

"Mr. *Armentrout* (the plaintiff meaning), Sir, Have you any knowledge of those black cassinette pants of mine which you put into your bundle, when you moved to Mr. *Allison's* from Mr. *Brown's* the last time? Have you ambition sufficient to call a woman a liar? Bring back my breeches, and I will pay you the nails.—*Moranda.*"

No extrinsic facts are alleged, nor is there any statement made as to the meaning of the charge. If the suit is sustainable, it is because the matter complained of, *in itself*, imports a libel. A libel is said to be a malicious defamation expressed in printing or writing, or by signs, pictures, &c., tending to injure the reputation of another, and thereby exposing such person to public hatred, contempt, or ridicule. 2 Selw. N. P. 1061. But that is not the character of the publication before us. There is here no charge of dishonesty, or of any other misconduct which could injure the plaintiff's reputation.

*Per Curiam.*—The judgment is affirmed with costs.

*J. Morrison, S. Major,* and *L. Barbour,* for the plaintiff.

*W. Quarles,* for the defendant.